# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON TENNIS & EDUCATION FOUNDATION, INC., ) ) ) Plaintiff, ) ) ) v. ) ) CLARK NEXSEN OWEN BARBIERI ) AND GIBSON, P.C., et al., ) ) Defendants. ) | Civil Action No. _____ |

## NOTICE OF REMOVAL

Notice is hereby given that the above captioned action pending in the Superior Court for District of Columbia, Civil Action No. 2015 CA 008722 B (the "State Action") is hereby removed to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1441 and 1446 for the following reasons and grounds:

1.  On November 10, 2015, the plaintiff filed a Complaint in the Superior Court for the District of Columbia on November 10, 2015 naming Clark Nexsen Owen Barbieri and Gibson, P.C. and Clark Nexsen, Inc. as defendants.

2.  On November 12, 2015, the Superior Court issued a Summons and entered an Initial Order and Addendum.

3.  On December 8, 2015, Clark Nexsen first received a copy of the plaintiff's Summons and Complaint by service of process. This Notice of Removal is filed within thirty (30) days after such receipt.

4.  Clark Nexsen had not received the Summons and Complaint prior to being served on December 8, 2015.

4. On December 22, 2015, Clark Nexsen timely filed its response to the Complaint in the Superior Court.

5. Two copies of the Summons, Complaint, responsive pleadings, orders and other documents filed in the State Court Action are attached. No other pleadings have been filed and no other orders have been entered in the Superior Court Action.

6. Clark Nexsen Owen Barbieri and Gibson, P.C. and Clark Nexsen, Inc. are the same company. Clark Nexsen Owen Barbieri and Gibson, P.C. converted from a professional corporation to a general corporation and simultaneously changed its name to Clark Nexsen, Inc. in March of 2014.

7. Clark Nexsen is organized under the laws of the Commonwealth of Virginia and has its principal place of business in Virginia Beach, Virginia.

8. The Plaintiff is a nonprofit corporation organized under the laws of the District of Columbia with its principal place of business at 1600 Kennedy Street, NW in Washington, D.C.

9. The amount placed in controversy by the Complaint exceeds $75,000 exclusive of interest and costs. See Complaint at ¶ 10 and the Prayer for Relief.

10. This Court has subject matter jurisdiction over this action on the basis of complete diversity and the amount in controversy in accordance with 28 U.S.C. § 1332(a) and 1441(a) and (b).

11. All defendants required to join this Notice of Removal have so joined.

12. Clark Nexsen has given the plaintiff and James D. McGinley, Clerk of the Superior Court for the District of Columbia proper and timely notice of the filing of this Notice of Removal.

13. This Notice of Removal is signed by counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

CLARK NEXSEN, INC., formerly known as Clark Nexsen Owen Barbieri and Gibson, P.C.

By: _____
Counsel

James W. Walker (DC Bar 495552)
Stephan F. Andrews (DC Bar 497228)
VANDEVENTER BLACK LLP
707 East Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218
Phone: (804) 237-8800
Fax: (804) 237-8801
jwalker@vanblacklaw.com
sandrews@vanblacklaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2015, a true and exact copy of the foregoing Notice of Removal was served by mail on:

Richard D. Mirsky, Esq.,
5504 Burling Court,
Bethesda, MD 20817

Peter B. Work, Esq.
1326 Beautiful Run Road
Aroda, VA 22709

and a true copy filed by hand with:

Hon. James D. McGinley,
Clerk, Superior Court for the District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

_____

- 3 -